Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Latigo Homes, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 6 – 1 6 0 1 9 2 3 | |
| **4. Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | 2121 Tremont Ave<br>Number     Street | Number     Street |
| | Fort Worth, TX 76107<br>City     State    ZIP Code | City     State    ZIP Code |
| | Tarrant<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number     Street<br><br>City     State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Latigo Homes, LLC** _____  Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. §101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>❑ None of the above<br><br>B. *Check all that apply:*<br>❑ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❑ Chapter 7<br>❑ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ❑ A plan is being filed with this petition.<br>   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❑ Yes.  District _____  When _____ Case number _____<br>                                                   MM / DD / YYYY<br>        District _____  When _____ Case number _____<br>                                                   MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❑ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                                                  MM / DD / YYYY<br>        Case number, if known _____ |

Debtor **Latigo Homes, LLC**     Case number *(if known)*
   Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number    Street

_____
City      State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  **Latigo Homes, LLC**_____    Case number *(if known)* _____
     Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/02/2024**
                MM/ DD/ YYYY

X **/s/ Steven Davis**_____    **Steven Davis**_____
Signature of authorized representative of debtor        Printed name

Title  **Managing Member**_____

**18. Signature of attorney**

X _____**/s/ Robert T DeMarco**_____    Date **12/02/2024**
Signature of attorney for debtor                                            MM/ DD/ YYYY

**Robert T DeMarco**_____
Printed name

**DeMarco Mitchell, PLLC**_____
Firm name

**500 N. Central Expressway Suite 500**_____
Number    Street

**Plano**_____    **TX**_____    **75074**_____
City                                                               State             ZIP Code

**(972) 991-5591**_____    **robert@demarcomitchell.com**____
Contact phone                                 Email address

**24014543**_____    **TX**_____
Bar number                                      State

Fill in this information to identify the case:

Debtor name: **Latigo Homes, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Brad Marshall<br>121 Prairie Avenue, Suite A<br>Cleburne, TX 76033 | | Investor | | | | $79,000.00 |
| 2 | Garrett Dent<br>3621 Potomac<br>Fort Worth, TX 76107 | | Investor | | | | $50,000.00 |
| 3 | Eminent Funding LLC<br>369 Lexington Avenue<br>New York, NY 10017 | | MCA | | | | $42,936.02 |
| 4 | Headway Capital, LLC<br>175 W. Jackson Blvd. Suite 1000<br>Chicago, IL 60604 | | MCA | | | | $19,794.03 |
| 5 | EN OD Capital<br>1777 Reisterstown Rd<br>Pikesville, MD 21208 | | MCA | | | | $8,619.25 |
| 6 | Credibly<br>P.O. Box 1070<br>West Chester, OH 45071 | | MCA | | | | $7,979.45 |
| 7 | Frost Bank Recovery Dept.<br>PO Box 2901<br>San Antonio, TX 78299 | | | | | | $5,321.55 |
| 8 | Best AC Service<br>4524 Deal Drive<br>Fort Worth, TX 76135 | | Vendor | | | | $4,988.89 |

Debtor **Latigo Homes, LLC**                                    Case number *(if known)*
           Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Teague Lumber<br>2501 White Settlement Rd<br>Fort Worth, TX 76107 | | Vendor | | | | $4,263.39 |
| 10 | Fractal Plumbing<br>604 Cullum Avenue<br>Hurst, TX 76053 | | Vendor | | | | $4,067.06 |
| 11 | Synchrony Bank | Lowes<br>P.O. Box 530970<br>Atlanta, GA 30353 | | Vendor | | | | $3,451.26 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2

Fill in this information to identify the case:

Debtor name: **Latigo Homes, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/02/2024**
MM/ DD/ YYYY

X **/s/ Steven Davis**
Signature of individual signing on behalf of debtor

**Steven Davis**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form B202     Declaration Under Penalty of Perjury for Non-Individual Debtors

Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

Best AC Service
4524 Deal Drive
Fort Worth, TX 76135

Brad Marshall
121 Prairie Avenue, Suite A
Cleburne, TX 76033

Construction Loan Services II,
LLC
1019 39th Avenue SE, Suite 220
Puyallup, WA 98374

Credibly
P.O. Box 1070
West Chester, OH 45071

Dallas County Tax-Assessor
Collector
500 Elm St Ste 3300
Dallas, TX 75202-3304

Eminent Funding LLC
369 Lexington Avenue
New York, NY 10017

EN OD Capital
1777 Reisterstown Rd
Pikesville, MD 21208

Fractal Plumbing
604 Cullum Avenue
Hurst, TX 76053

Frost Bank Recovery Dept.
PO Box 2901
San Antonio, TX 78299

Garrett Dent
3621 Potomac
Fort Worth, TX 76107

Headway Capital, LLC
175 W. Jackson Blvd. Suite 1000
Chicago, IL 60604

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Jack Davis
5516 Pershing Avenue
Fort Worth, TX 76107

Jessica Rychlik
5416 Santa Marie Avenue
Fort Worth, TX 76114

Lamadera HOA, Inc.
1250 Santa Fe Drive
Weatherford, TX 76086

Linda Davis
2121 Tremont Avenue
Fort Worth, TX 76107


MDM Lawn Care Services LLC
PO Box 5482
Granbury, TX 76049


Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548


Office of the United States Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002


PADFIELD & STOUT, L.L.P.
Attn: Christopher V. Arisco
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102


Parker County Tax Assessor-Collector
1112 Sante Fe Drive
Weatherford, TX 76086


Synchrony Bank | Lowes
P.O. Box 530970
Atlanta, GA 30353


Teague Lumber
2501 White Settlement Rd
Fort Worth, TX 76107

Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

TLT Financial
9612 Drovers View Trail
Fort Worth, TX 76131

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange
Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business
Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705

United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Latigo Homes, LLC**　　　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　**12/02/2024**　　Signature　　**/s/ Steven Davis**
　　　　　　　　　　　　　　　　　Steven Davis, Managing Member

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                 CHAPTER **11**
**Latigo Homes, LLC**

DEBTOR(S)                                          CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Steven Davis** 2121 Tremont Avenue Fort Worth, TX 76107 | | 100% | Member |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **Managing Member** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **12/02/2024**                          Signature: **/s/ Steven Davis**
                                                                                *Steven Davis, Managing Member*